IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ERIC FITZGERALD LEWIS,** ) | |
| ) | **CASE NO. 4:07cv3012** |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **MEMORANDUM AND ORDER** |
| ) | |
| **UNIVERSITY MEDICAL** ) | |
| **CENTER, et. al.,** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

The plaintiff has filed a letter which, interpreted liberally, requests information on the status of this case and/or reconsideration of the judgment entered against the plaintiff on July 20, 2007. See Filing No. 21. The letter states:

> The court has refuse[d] to answer my complaint, has refuse[d] to set court hearings in the civil case that is just sitting in court without any dates, set for hearings [or] anything.

Filing No. 21, p. 25. The letter raises no justification for reconsidering or vacating the court's prior judgment.

IT IS ORDERED that:

1. To the extent the plaintiff's letter, (Filing No. 21), is a motion for relief from judgment pursuant to Rule 60 of the Federal Rules of Civil Procedure, the motion is denied.

2. To the extent the plaintiff's letter, (Filing No. 21), requests information on the status of his case, the motion is granted, and the clerk is directed to send an additional copy of the court's prior memorandum and order and judgment, (Filing Nos. 18 & 19), along with a copy of this memorandum and order, to the plaintiff.

Dated this 5th day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge