IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ERIC FITZGERALD LEWIS,** | ) | **CASE NO. 4:07CV3012** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **UNIVERSITY MEDICAL CENTER, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on Plaintiff's motion for reconsideration (Filing No. 23) and motion for copies (Filing No. 24). Plaintiff's motion for reconsideration is addressed to Magistrate Judge Piester and generally objects to the court's July 20, 2007, memorandum and order and judgment. (Filing Nos. 18 and 19.) In short, Plaintiff argues that his claims should not have been dismissed "without hearings." (Filing No. 23 at CM/ECF p. 1.)

The court has carefully reviewed Plaintiff's motion and finds no good cause for reconsideration of any portion of its July 20, 2007, memorandum and order or judgment. Plaintiff's motion is therefore denied in its entirety.

Plaintiff's motion for copies seeks a copy of the complaint and other documents filed in this matter. (Filing No. 24.) Plaintiff was given leave to proceed in forma pauperis on January 24, 2007. (Filing No. 6.) However, the statutory right to proceed in forma pauperis does not include the right to receive copies of documents without payment. 28 U.S.C. § 1915; *see also Haymes v. Smith*, 73 F.R.D. 572, 574 (W.D.N.Y. 1976) ("The generally recognized rule is that a court may not authorize the commitment of federal funds to underwrite the necessary expenditures of an indigent civil litigant's action.") (citing *Tyler v.*

*Lark*, 472 F.2d 1077, 1078 (8th Cir. 1973). If Plaintiff requires copies of court documents, he should contact the Clerk of the court to determine the proper method of requesting and paying for copies. Plaintiff's motion for copies is therefore denied.

IT IS THEREFORE ORDERED that:

1. Plaintiff's motion for reconsideration (Filing No. 23) is denied; and

2. Plaintiff's motion for copies (Filing No. 24) is denied.

DATED this 7th day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge