**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **ERIC FITZGERALD LEWIS,** | ) | **CASE NO. 4:07CV3012** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **UNIVERSITY MEDICAL CENTER, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on Plaintiff's Motion for Reconsideration. (Filing No. 30.) Plaintiff's Motion is addressed to District Judge Richard Kopf and generally objects to the court's May 6, 2008 Text-Only Order which denied Plaintiff free copies of various court documents. (*See* May 6, 2008 Text-Only Order.) In short, Plaintiff argues that he should be entitled to free copies of court documents because "they are Exhibit's now in [his] state case." (Filing No. 30 at CM/ECF p. 2.) The court has carefully reviewed Plaintiff's Motion and finds no good cause for reconsideration of any portion of its May 6, 2008 Text-Only Order.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Reconsideration (Filing No. 30) is denied.

Dated this 18th day of June, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge