# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ERIC FITZGERALD LEWIS,** | CASE NO. 4:07CV3012 |
| **Plaintiff,** | |
| v. | MEMORANDUM AND ORDER |
| **UNIVERSITY MEDICAL CENTER, et al.,** | |
| **Defendants.** | |

This matter is before the Court on the Defendant's Motion To Recuse (Filing No. 34). The Defendant requests that the undersigned judge recuse from this case. 28 U.S.C. 455(a) states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the Court file in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS ORDERED that Defendant's Motion to Recuse (Filing No. 34) is granted.

DATED this 11th day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge