IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC FITZGERALD LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3012 |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY MEDICAL CENTER, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion for leave to appeal in forma pauperis (Filing No. 54). On its own motion, the Court previously granted plaintiff leave to proceed in forma pauperis on appeal (Filing No. 51).

IT IS ORDERED that plaintiff's motion for leave to appeal in forma pauperis is denied as moot.

DATED this 19th day of February, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court